630 So.2d 204 (1993)
Enrique Jose DIAZ, Appellant,
v.
The STATE of Florida, Appellee.
No. 93-2257.
District Court of Appeal of Florida, Third District.
December 7, 1993.
Rehearing Denied February 15, 1994.
Enrique Jose Diaz, in pro. per.
Robert A. Butterworth, Atty. Gen., and Katherine Fernandez Rundle, State Atty., for appellee.
Before BARKDULL, BASKIN and GERSTEN, JJ.
PER CURIAM.
Affirmed. Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984); Robinson v. State, 373 So.2d 898, 902 (Fla. 1979); Fla.R.Crim.P. 3.850.